## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAY C. BRANCH, JR.                                                                          PLAINTIFF

v.                                         NO. 4:15CV00351 JLH

KROGER LIMITED PARTNERSHIP                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, Ray C. Branch, Jr.'s complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE